Wykstra v 304-36 E. 83rd Realty LLC (2024 NY Slip Op 05319)

Wykstra v 304-36 E. 83rd Realty LLC

2024 NY Slip Op 05319

Decided on October 29, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 29, 2024

Before: Singh, J.P., Pitt-Burke, Higgitt, Rosado, O'Neill Levy, JJ. 

Index No. 158326/20 Appeal No. 2921 Case No. 2023-02802 

[*1]Madeleine Wykstra, Plaintiff-Appellant,
v
304-36 East 83rd Realty LLC, Defendant-Respondent.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Paul A. Goetz, J.), entered on or about April 25, 2024,
And said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated October 7, 2024,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: October 29, 2024